UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHARLES BILLIOT, JR., ET AL.,**

| | | |
|---|---|---|
| Plaintiffs, | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 2:20-cv-02997 |
| | * | |
| **MAXUM INDEMNITY COMPANY, ET AL.** | * | DISTRICT JUDGE BARBIER |
| | * | |
| | * | |
| Defendants. | * | MAGISTRATE JUDGE |
| | * | CURRAULT |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF COLLATERAL PROCEEDING
PURSUANT TO LOCAL RULE 3.1**

Removing Defendants, Allied World Surplus Lines Insurance Company, incorrectly named as "Allied World Insurance Company" ("Allied World"), Landmark American Insurance Company ("Landmark"), Maxum Indemnity Company ("Maxum") and QBE Insurance Corporation ("QBE"), through their respective undersigned counsel, in accordance with Local Rule 3.1 of the Local Rules of this Court, state:

All pending actions involving subject matter that comprise all or a material part of the subject matter or operative facts of the instant case are as follows:

1. *Deborah A. Gaudet and Ray Gaudet, Individually and on Behalf of a Class of All Other Similarly Situated Persons v. Howard L. Nations, APC; The Nicks Law Firm, LLC; Joseph A. Motta, Attorney at Law, APLC; and The Rueb Law Firm, APLC*. Case No. 2:19-cv-10356-WBV-JVM. United States District Court, Eastern District of Louisiana. Upon information and belief, this Class Action is currently pending in the Eastern District of Louisiana and involves similarly situated parties, similar facts, and similar alleged damages.

2. *Gary Pierce v. Maxum Indemnity Company, et al.* Case No. 2:20-cv-02998-EEF-KWR, United States District Court, Eastern District of Louisiana. Upon information and belief, this case involves similarly situated parties, similar facts, and similar alleged damages.

3. *Brandon Henry, et al. v. Maxum Indemnity Company, et al.* Case No. 2:20-cv-02995-SSV-JVM, United States District Court, Eastern District of Louisiana. Upon information and belief, this case involves similarly situated parties, similar facts, and similar alleged damages.

By filing this Notice, the Removing Defendants do not waive and hereby maintain and preserve their coverage and other defenses as well as their rights and protections in connection with their respective policies.

Respectfully submitted:

*/s/ Sara Grace Sirera*

**GEORGE D. FAGAN, T.A. #14260**
**SARA GRACE SIRERA, #38405**
**LEAKE & ANDERSSON LLP**
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Phone: 504-585-7500
Fax: 504-585-7775
Emails: *gfagan@leakeandersson.com*
*ssirera@leakeandersson.com*

*Attorneys for American Insurance Company*

And

        */s/ Robert I. Siegel*
        **ROBERT I. SIEGEL (#10263)**
        **ALISTAIR M. WARD (#24693)**
        **GIEGER, LABORDE & LAPEROUSE, LLC**
        701 Poydras Street, Suite 4800
        New Orleans, Louisiana 70139-4800
        Phone: 504-561-0400
        Fax:    504-561-1011
        Emails: *rsiegel@glllaw.com*
                  *award@glllaw.com*

        ***Attorneys for QBE Insurance Corporation***

        And

        */s/Michael A. Balascio*
        **Judy Y. Barrasso (#2814)**
        **Michael A. Balascio (#33715)**
        **Janelle E. Sharer (#37305)**
        **BARRASSO USDIN KUPPERMAN**
        **FREEMAN & SARVER, L.L.C.**
        909 Poydras Street, Suite 2350
        New Orleans, Louisiana  70112
        Phone:  504-589-9700
        Fax:    504-589-9701
        Emails: *jbarrasso@barrassousdin.com*
                  *mbalascio@barrassousdin.com*
                  *jsharer@barrassousdin.com*

        ***Attorneys for Allied World Surplus Lines***
        ***Insurance Company, incorrectly named as Allied***
        ***World Insurance Company***

        And

/s/ Seth A. Schmeeckle
**Seth A. Schmeeckle (#27076)**
**Jay P. Farmer (#36451)**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Phone: 504-568-1990
Fax:     504-310-9195
Emails:  sschmeeckle@lawla.com
             jfarmer@lawla.com

***Attorneys for Maxum Indemnity Company***

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, by depositing a copy of same in the United States mail, first class postage prepaid at their last known address of record, or by electronic mail, or by ECF Notice, or by facsimile transmission or by hand delivery today, **November 4, 2020.**

/s/ Sara Grace Sirera