## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES BILLIOT, JR., ET AL.** | **CIVIL ACTION: 2:20-cv-2997** |
| **v.** | **JUDGE WENDY B. VITTER** |
| **MAXUM INDEMNITY COMPANY, ET AL.** | **MAG. JUDGE DONNA CURRAULT** |

### DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

**NOW COMES** Defendants Howard L. Nations, Cindy Nations, Howard Nations, APC, Gregory D. Rueb, Rueb & Motta, APLC, and The Rueb Law Firm, APLC ("Defendants"), through undersigned counsel, and respectfully requests this Honorable Court to grant Defendants' Motion to Dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure and to dismiss the claims asserted by Plaintiffs Brett Bacle, Lloyd Cancienne, Jr., Troy Pellegrin, Darren Pitre, Dean Richard, and Thomas Tegart ("Plaintiffs"), as such claims are perempted pursuant to the three-year peremptive period set forth in LA. REV. STAT. §9:5605.  Additionally, Defendants respectfully request this Honorable Court to dismiss the claims of fraud asserted by Plaintiffs for failure to plead same with particularity pursuant to Rule 9 of the Federal Rules of Civil Procedure.  In support of this motion, Defendants rely on the reasons set forth in the accompanying Memorandum in Support and the exhibits attached thereto.

1

2

       */s/ Joanne Rinardo*
JUDY L. BURNTHORN (#17496)
jburnthorn@deutschkerrigan.com
JOANNE RINARDO (#24201)
jrinardo@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: 504 93 0699
Facsimile:  504 566 4088

**Attorneys for Defendants Howard L. Nations, APC; Howard L. Nations; Cindy Nations; Rueb & Motta, APLC; The Rueb Law Firm, APLC; and Gregory D. Rueb**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing pleading has been delivered to all counsel of record, by depositing a copy of the same in the United States mail, first class postage prepaid at their last known address of record, or by electronic mail, or by ECF Notice, or by facsimile transmission or by hand delivery today, November 23, 2020.

       */s/ Joanne Rinardo*